Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | |
|---|---|---|---|
| **Case Number:** | 18-33581 GH | **Trustee:** (550300) | DENNIS E. STEGNER |
| **Case Name:** | BLUNDELL, CHELSEA LYNN | **Filed (f) or Converted (c):** | 11/27/18 (f) |
| | | **§341(a) Meeting Date:** | 12/27/18 |
| **Period Ending:** | 01/16/19 | **Claims Bar Date:** | 04/01/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2010 Toyota RAV4. Entire property value: $8,000.<br>Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, washer/dryer, misc. household items<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Television, DVD player, stereo, computer<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | One dog and one cat<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Chase Bank - Wages only<br>Imported from original petition Doc# 1 | 999.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: Chase Bank<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 2018 Tax Refund: Federal<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | 1,500.00 |
| **10 Assets** | **Totals** (Excluding unknown values) | **$13,049.00** | **$0.00** | | **$0.00** | **$1,500.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 18-33581 GH | **Trustee:** | (550300) | DENNIS E. STEGNER |
| --- | --- | --- | --- | --- |
| **Case Name:** | BLUNDELL, CHELSEA LYNN | **Filed (f) or Converted (c):** | | 11/27/18 (f) |
| | | **§341(a) Meeting Date:** | | 12/27/18 |
| **Period Ending:** | 01/16/19 | **Claims Bar Date:** | | 04/01/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

waiting to review 2018 taxes for possible non-exempt refunds

**Initial Projected Date Of Final Report (TFR):**  November 15, 2019    **Current Projected Date Of Final Report (TFR):**  November 15, 2019

_____January 16, 2019_____      /s/ DENNIS E. STEGNER
Date                                                       DENNIS E. STEGNER