Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-33581 GH  
**Case Name:** BLUNDELL, CHELSEA LYNN  

**Period Ending:** 12/31/18

**Trustee:** (550300)   DENNIS E. STEGNER  
**Filed (f) or Converted (c):** 11/27/18 (f)  
**§341(a) Meeting Date:** 12/27/18  
**Claims Bar Date:** 04/01/19

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2010 Toyota RAV4. Entire property value: $8,000.<br>Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, washer/dryer, misc. household items<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Television, DVD player, stereo, computer<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | One dog and one cat<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Chase Bank - Wages only<br>Imported from original petition Doc# 1 | 999.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: Chase Bank<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 2018 Tax Refund: Federal<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | 1,500.00 |
| **10 Assets** | **Totals** (Excluding unknown values) | **$13,049.00** | **$0.00** | | **$0.00** | **$1,500.00** |

Printed: 01/21/2019 03:37 PM    V.14.14

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-33581 GH | **Trustee:** (550300) DENNIS E. STEGNER |
| **Case Name:** BLUNDELL, CHELSEA LYNN | **Filed (f) or Converted (c):** 11/27/18 (f) |
| | **§341(a) Meeting Date:** 12/27/18 |
| **Period Ending:** 12/31/18 | **Claims Bar Date:** 04/01/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

waiting to review 2018 taxes for possible non-exempt refunds

**Initial Projected Date Of Final Report (TFR):** November 15, 2019      **Current Projected Date Of Final Report (TFR):** November 15, 2019

_____  
      January 21, 2019  
              Date

/s/ DENNIS E. STEGNER  
_____  
DENNIS E. STEGNER